UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Mark Van De Mar, | ) CASE NO. 1:12cv389 |
| Plaintiff, | ) |
| vs. | ) JUDGE DAN AARON POLSTER |
| Credit Bureau Collection Services, Inc., | ) STIPULATED DISMISSAL ENTRY |
| Defendant. | ) |

A telephone conference was held in this matter on February 27, 2011, during which the Court actively engaged the parties in settlement negotiations. Counsel have advised the Court that the above-captioned case has settled. Accordingly, this case is hereby dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

IT IS SO ORDERED.

_____
Dan Aaron Polster
United States District Judge