# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MARK VAN DE MAR, | ) | |
| | ) | Case No. 1:12-cv-389 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| CREDIT BUREAU COLLECTION | ) | |
| SERVICES, INC. d/b/a CBCS, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, MARK VAN DE MAR, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

                                         Respectfully submitted,

                                         /s/ David B. Levin
                                         David B. Levin (0059340)
                                         Mitchel E. Luxenburg (0071239)
                                         Attorneys for Plaintiff
                                         Luxenburg & Levin, LLC
                                         23875 Commerce Park
                                         Suite 105
                                         Beachwood, OH 44122
                                         (888) 493-0770, ext. 302 (phone)
                                         (866) 551-7791 (facsimile)
                                         david@luxenburglevin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2012, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
david@luxenburglevin.com